**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Stanley Cole,                                                Civil No. 08-1053 (RHK/JSM)

        Plaintiff,                                        **ORDER**

v.

BAE Systems Land & Armaments, LP,
f/k/a United Defense, LP,

        Defendant.

---

Based on the parties' Stipulation of Dismissal (Doc. No. 30), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, without costs, disbursements, expenses, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 5, 2009

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge